JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID J. WARD (CSBN 239504)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6673
Facsimile: (415) 436-7234
E-mail: david.ward@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1001 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER VACATING AND RESETTING STATUS CONFERENCE DATE |
| v. ) | |
| DAVID CHAN and KENT WU, ) | |
| Defendants. ) | |

The parties to this matter are scheduled to appear before this Court on February 24, 2010, for a status conference. The parties respectfully request that the Court vacate the status conference set for February 24, 2010, and order the parties to appear before this Court on March 17, 2010, at 2:30 for a change of plea. The parties respectfully request the additional time in order to finalize a plea agreement in this matter.

The parties further respectfully request that this Court exclude time between February 24, 2010 and March 17, 2010 under 18 U.S.C. §3161(h)(7)(B)(iv) for effective preparation of counsel.

//

STIPULATION AND [PROPOSED] ORDER
RESETTING STATUS CONFERENCE
DATE[CR 09-1001 MMC]

SO STIPULATED:

DATED:  February 22, 2010                              /s/_____
                                                      BRIAN GETZ
                                                      Attorney for Defendant Kent Wu


                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney


DATED: February 22, 2010                               /s/_____
                                                      DAVID J. WARD
                                                      Special Assistant United States Attorney


    Based on the foregoing, the Court finds good cause to vacate the status conference set for February 24, 2010, and orders the parties to appear on March 10, 2010 at 2:30 p.m.  Time between February 24, 2010 and March 17, 2010, is hereby excluded under 18 U.S.C. 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:    February 23, 2010                           _____
                                                      MAXINE M. CHESNEY
                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER
RESETTING STATUS CONFERENCE
DATE[CR 09-1001 MMC]                    -2-