BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorneys for Defendant
KENT WU

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>KENT WU,<br><br>Defendant. | Case No. CR 09-1001 MMC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER** |

The parties agree, subject to the Court's approval, as follows:

That the sentencing hearing for Defendant, currently set for June 9, 2010, at 11:00 a.m. be rescheduled to Wednesday, July 7, 2010, at 2:30 p.m.

IT IS SO STIPULATED:

DATED: April 14, 2010

/s/ Brian H Getz
BRIAN H GETZ
Counsel for Defendant

DATED: April 14, 2010

/s/ DAVID WARD
Assistant United States Attorney
Attorney for the United States

ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

The Sentencing Hearing is rescheduled to July 7, 2010, at 2:30 p.m.

Dated:  April 15, 2010

*[signature]*
Honorable Maxine M. Chesney
United States District Court Judge