1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
5   DAVID J. WARD  (CABN 239504)
    Special Assistant United States Attorney

6
        450 Golden Gate Ave., Box 36055
7       San Francisco, California 94102
        Telephone:  (415) 436-6830/(415) 436-6673
8       Fax: (415) 436-7234
        E-mail:     kyle.waldinger@usdoj.gov
9                   david.ward@usdoj.gov

10  Attorneys for the United States of America

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,          )   No.  CR 09-1001 MMC
                                       )
15       Plaintiff,                    )
                                       )   STIPULATION AND [PROPOSED] ORDER
16  v.                                 )   CONTINUING MOTION HEARING DATE
                                       )
17  KENT WU,                           )   Current Hrg. Date:    March 30, 2011, 2:30
                                       )                         p.m.
18       Defendant.                    )
                                       )
19  _____

20       The parties in the above-captioned case hereby stipulate and agree that the hearing date

21  on the defendant Wu's Motion for Release, or in the Alternative, Transfer to a Federal Facility,

22  should be continued to Wednesday, April 13, 2011, at 2:30 p.m., for the following reasons:

23       1.       The defendant Wu filed his Motion for Release, or in the Alternative, Transfer to

24  a Federal Facility, on March 16, 2011.  The defendant noticed that Motion for the Court's regular

25  calendar on March 30, 2011.

26       2.       Counsel for the defendant is now unavailable to attend the hearing on March 30,

27  2011, at 2:30 p.m., because of an appearance scheduled in Oakland at 2:00 p.m. that day before

28  the Honorable Claudia Wilken in United States v. McCoy, CR 09-0337 CW.  Defense counsel,

STIP. & [PROPOSED] ORDER
CR 09-1001 MMC

1   however, would be able to appear before this Court later in the day on March 30, 2011.

2          3.      On March 23, 2011, the United States filed its Response to the defendant's

3   Motion. In that Response, the United States indicated that the defendant would be moved to a

4   federal facility in the coming weeks.

5          4.      Given the availability of defense counsel on March 30, 2011, and given that it is

6   possible that the defendant's prayed-for relief of transfer to a federal facility may come to pass

7   without any intervention by the Court, the parties jointly stipulate and agree that the hearing now

8   scheduled for March 30, 2011, be continued to April 13, 2011, at 2:30 p.m.

9   SO STIPULATED.

10  DATED: March 28, 2011                         MELINDA HAAG
                                                  United States Attorney
11

12                                               _____/s/_____
                                                  KYLE F. WALDINGER
13                                                Assistant United States Attorney
                                                  DAVID J. WARD
14                                                Special Assistant United States Attorney

15

16  DATED: March 28, 2011                         _____/s/_____
                                                  BRIAN GETZ
17                                                Counsel for the defendant KENT WU

18                              [PROPOSED] ORDER

19         For the reasons set forth in the parties' Stipulation, the Court ORDERS that the hearing

20  on the defendant's motion currently scheduled for March 30, 2011, at 2:30 p.m., be continued

21  until April 13, 2011, at 2: 30 p.m.

22

23  DATED: March __28__, 2011                     _____
                                                  MAXINE M. CHESNEY
24                                                United States District Judge

25

26

27

28

STIP. & [PROPOSED] ORDER
CR 09-1001 MMC                                   -2-