Brian H Getz (CSBN 85593)
Law Office of Brian H Getz
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 912-5886
Facsimile:  (415) 438-2655
E-Mail:     bhgetz@pacbell.net

Attorney for Defendant
KENT WU

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KENT WU,<br><br>    Defendant. | Case No. CR 09-01001 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING DEFENDANT'S MOTION FOR RELEASE FROM NORTH COUNTY JAIL, OR, IN THE ALTERNATIVE, TRANSFER TO A FEDERAL FACILITY BE TAKEN OFF THE COURT'S CALENDAR**<br><br>Date:  April 13, 2011<br>Time: 2:30 p.m.<br>Ctrm: 7, 19th Floor |

   The parties in the above-captioned case hereby stipulate and agree that the hearing date on Defendant Wu's Motion for Release, or in the Alternative, Transfer to a Federal Facility which is currently scheduled for April 13, 2011 be taken off the Court's calendar for the following reasons:

   1.   Defendant Wu was transferred from North County Jail to FDC-Dublin last week.

2. Defendant Wu withdraws his Motion for Release, or in the Alternative, Transfer to a Federal Facility.

Therefore, under the circumstances listed above, the parties jointly request that Defendant Wu's Motion for Release, or in the Alternative, Transfer to a Federal Facility be taken off the Court's calendar.

Respectfully submitted,

DATED: April 11, 2011

LAW OFFICES OF BRIAN H GETZ

By: /s/
BRIAN H GETZ
Attorney for Defendant
KENT WU

DATED: April 11, 2011

MELINDA HAAG
UNITED STATES ATTORNEY

BY: /s/
KYLE F. WALDINGER
Assistant U.S. Attorney
ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

### [PROPOSED] ORDER

For the reasons set forth in the parties' Stipulation, the Court ORDERS that the hearing on Defendant Wu's Motion For Release, or in the Alternative, Transfer to a Federal Facility which is currently scheduled for April 13, 2011 be taken off the Court's calendar.

SO ORDERED

DATED: __April 12, 2011_____    _[signature]_
HONORABLE MAXINE M. CHESNEY
United States District Court Judge